**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CECELIA TRIANA,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON, METLIFE, FIDELITY, ESTATE OF JOHN M. NOONE and LESLIE K. PONTIER,<br><br>Defendants. | Civil Action No. 10-3221 (PGS)<br><br>**ORDER** |

WHEREAS the Court appointed Basil F. O'Connor, Esq. as Special Master in this matter; and

WHEREAS the Special Master issued a Report and Recommendation (ECF No. 62); and

WHEREAS the Special Master submitted a Proposed Schedule of Distribution; and

WHEREAS the Special Master submitted a Certification of Services; and

WHEREAS the parties shall equally pay the Special Master's fees, including the remaining $4,177.84 in fees; and

WHEREAS the parties do not object to the Special Master's Report and Recommendation, Proposed Schedule of Distribution, or Certification of Services;

For the reasons stated on the record on April 16, 2013, and for good cause shown,

IT IS on this 25th day of April, 2013;

1

ORDERED that the Special Master's Report and Recommendation (ECF No. 62) is adopted; and it is further

ORDERED that the Clerk of the United States District Court, at its earliest convenience, shall disburse $108,955.79, plus 37.45% of the accrued interest from the principal amount of $296,544.18, from the Registry of this Court to Geri Squire, Esq., attorney for Plaintiff Cecelia Triana; and it is further

ORDERED that the Clerk of the United States District Court, at its earliest convenience, shall disburse $173,410.55, plus 62.55% of the accrued interest from the principal amount of $296,544.18, from the Registry of this Court to Mario Blanch, Esq., attorney for Defendant Leslie K. Pontier; and it is further

ORDERED that the Clerk of the United States District Court shall withhold, for contingencies, $10,000 in the Registry of this Court on behalf of Defendant Leslie K. Pontier; and it is further

ORDERED that the Clerk of the United States District Court, at its earliest convenience, shall disburse $4,177.84 from the Registry of this Court to Basil F. O'Connor, Esq., Special Master.

_____
PETER G. SHERIDAN, U.S.D.J.

April 25, 2013